Bachecki, Crom & Co., LLP
Jay D. Crom, CPA
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080
Telephone: (415) 398-3534

Accountants for Trustee,
SARAH L. LITTLE

The following constitutes
the order of the court. Signed August 23, 2018

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

DEAN GORDON POTTER,

               Debtor(s).

Case No. 06-42425
Chapter 7
Hearing: August 22, 2018
Time: 2:00 pm
1300 Clay Street, Room #201
Oakland, CA 94612

ORDER APPROVING AND AUTHORIZING COMPENSATION TO ACCOUNTANTS

    Bachecki, Crom & Co., LLP's final application for compensation by accountants for Trustee; having come on for hearing before The Honorable ROGER L. EFREMSKY, United States Bankruptcy Judge, the Court having reviewed the final application for compensation, due and proper notice having been given to the Debtor, creditors and other parties-in-interest, and no objections having been filed with the court, and good cause appearing therefore,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

    Bachecki, Crom & Co., LLP, accountants for Trustee, SARAH L. LITTLE, be allowed and authorized to be paid compensation for services rendered for the period stated on its application in the sum of $38,809.00, plus reimbursement of expenses in the amount of $409.11

**END OF ORDER**

**COURT SERVICE LIST**

No Court Service Requested