# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:   DEAN GORDON POTTER                            § Case No. 06-42425-RLE
                                                       §
                                                       §
Debtor(s)                                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Sarah Little, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $5,125,633.00            Assets Exempt:   $961,231.00
*(without deducting any secured claims)*

Total Distribution to Claimants:  $920,684.41      Claims Discharged
                                                   Without Payment:  $438,638.41

Total Expenses of Administration:  $289,201.13

---

   3) Total gross receipts of $1,209,885.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,209,885.54 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 4,265,439.38 | 4,265,439.38 | 0.00 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 250,051.94 | 250,051.94 | 250,051.94 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 42,651.17 | 39,149.19 | 39,149.19 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,043,398.00 | 72,538.59 | 72,538.59 | 72,538.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,500.00 | 3,670,971.01 | 1,282,284.23 | 848,145.82 |
| **TOTAL DISBURSEMENTS** | **$12,047,898.00** | **$8,301,652.09** | **$5,909,463.33** | **$1,209,885.54** |

    4) This case was originally filed under Chapter 11 on 12/12/2006 and it was converted to Chapter 7 on 03/24/2016. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2020     By: /s/ Sarah Little
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial Real Estate at McHarry Ranch Road, Martinzez, CA 94553 Entirety | 1110-000 | 826,000.00 |
| Blackrock Factoring and unincorporated businesses. Itemize. | 1129-000 | 224,000.00 |
| Trek Motor Home | 1129-000 | 10,000.00 |
| UNICO Industrial Service Co. S Corporation | 1129-000 | 49,999.00 |
| 2013 State Tax Refund | 1224-000 | 18,197.68 |
| Deposit with court registry | 1229-000 | 80,153.89 |
| DIP Bank account 3022 | 1229-000 | 1,533.97 |
| Unico Services Inc. | 1229-000 | 1.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,209,885.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Kay Beeson | 4110-000 | 0.00 | 915,000.00 | 915,000.00 | 0.00 |
| 3 | World Savings Bank, FSB | 4110-000 | 0.00 | 515,893.11 | 515,893.11 | 0.00 |
| 4 | World Savings Bank, FSB | 4110-000 | 0.00 | 378,918.21 | 378,918.21 | 0.00 |
| 8S | Internal Revenue ServiceSpecial Procedures Section | 4110-000 | 0.00 | 2,455,628.06 | 2,455,628.06 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,265,439.38** | **$4,265,439.38** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sarah Little | 2100-000 | N/A | 59,546.57 | 59,546.57 | 59,546.57 |
| Sarah Little | 2200-000 | N/A | 291.66 | 291.66 | 291.66 |
| Bachecki, Crom and Co. LLP | 3410-000 | N/A | 38,809.00 | 38,809.00 | 38,809.00 |
| Bachecki, Crom and Co. LLP | 3420-000 | N/A | 409.11 | 409.11 | 409.11 |
| Office of the United States Trustee | 2950-000 | N/A | 16,250.00 | 16,250.00 | 16,250.00 |
| Rabobank, N.A. | 2600-000 | N/A | 3,724.40 | 3,724.40 | 3,724.40 |
| Kornfield, Nyberg, Bendes, Kuhner & LIttle PC | 3110-000 | N/A | 49,422.50 | 49,422.50 | 49,422.50 |
| Kornfield, Nyberg, Bendes, Kuhner & LIttle PC | 3120-000 | N/A | 276.70 | 276.70 | 276.70 |
| United States Treasury | 2810-000 | N/A | 44,766.00 | 44,766.00 | 44,766.00 |
| Franchise Tax Board | 2820-000 | N/A | 36,556.00 | 36,556.00 | 36,556.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | N/A | **$250,051.94** | **$250,051.94** | **$250,051.94** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hinds & Shankman, LLP | 6210-000 | N/A | 40,644.38 | 37,142.40 | 37,142.40 |
| Hinds & Shankman, LLP | 6220-000 | N/A | 2,006.79 | 2,006.79 | 2,006.79 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | N/A | **$42,651.17** | **$39,149.19** | **$39,149.19** |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8-2P | U.S. Department of Justice | 5800-000 | 0.00 | 49,733.00 | 49,733.00 | 49,733.00 |
| 9-4P | Franchise Tax Board | 5800-000 | 0.00 | 22,805.59 | 22,805.59 | 22,805.59 |
| NOTFILED | Internal Revenue Service Special Procedures Section | 5600-000 | 5,603,768.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chief Counsel Franchise Tax Board | 5600-000 | 417,931.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Internal Revenue Service Bankruptcy Division | 5600-000 | 5,603,768.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Franchise Tax Board | 5600-000 | 417,931.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$12,043,398.00** | **$72,538.59** | **$72,538.59** | **$72,538.59** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank Of America, N.A.(USA)Attn: Mr.M-BK | 7100-000 | 0.00 | 4,664.10 | 4,664.10 | 4,664.10 |
| 5 | Franchise Tax Board | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | LVNV Funding LLC its successors and assigns as assignee of O | 7100-000 | 0.00 | 133.88 | 133.88 | 133.88 |
| 7 | Franchise Tax Board | 7100-000 | 0.00 | 1,194,343.39 | 0.00 | 0.00 |
| 7 | Franchise Tax Board | 7100-000 | 0.00 | 1,194,343.39 | 0.00 | 0.00 |
| 8-2 Unsec Penal | US Department of Justice | 7400-000 | 0.00 | 837,750.00 | 837,750.00 | 463,523.65 |
| 8U | Internal Revenue ServiceSpecial Procedures Section | 7100-000 | 0.00 | 305,616.00 | 305,616.00 | 305,616.00 |
| 9-4 Unsec Penal | Franchise Tax Board | 7400-000 | 0.00 | 134,120.25 | 134,120.25 | 74,208.19 |
| NOTFILED | Dept of Toxic Substances Control | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 4,500.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$4,500.00** | **$3,670,971.01** | **$1,282,284.23** | **$848,145.82** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case Number:** | 06-42425 RLE | **Trustee:** Sarah Little |
| **Case Name:** | DEAN GORDON POTTER | **Filed (f) or Converted (c):** 03/24/16 (c) |
| | | **§341(a) Meeting Date:** 04/29/16 |
| **Period Ending:** | 01/24/20 | **Claims Bar Date:** 07/15/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Commercial Real Estate at McHarry Ranch Road, Martinzez, CA 94553 Entirety (see footnote) | 638,400.00 | 175,000.00 | | 826,000.00 | FA |
| 2 | Residential real property at 100 Volz Court, Alamo, CA 94507 Appears this asset was sold March 2014, $600,933.51 net proceeds deposited into Court registry (UST Motion to convert docket 765 page 4) | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 3 | Residential Real Property at 155 Edgewater, Rio Vista, CA 94571 Entirety $469,279.36 net proceeds deposited into court registry Jan/feb 14, (UST Motion to convert docket 765 page 4) | 576,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on person Cash no longer in possession of Debtor | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Bank of America, Minden, NV Bank balance as of date of filing in 2006, funds are not in account. | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of the West, Benecia, CA shares in banks, savings and loan, Account overdrawn. See docket # 797 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Gold Coin Account - CHF, Safe Deposit Account 80-5771226-03 Non-signatory account Migros Bank Seidengasse 12 Zurich Liquidated pre-conversion. $17,239.02 deposited in court registry. See docket # 797. | 20,000.00 | 0.00 | | 0.00 | FA |
| 8 | Furniture consisting of dining room table, chairs, 2 couches, bedroom set, 3 rugs, and various lams, tables, pictures, and mirrors See docket #797 for updated value of assets | 7,000.00 | 0.00 | | 0.00 | FA |
| 9 | Compact disks at 100 Volz Court, Alama, CA, and 15, Edgewater, Rio Vista, CA | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing at 100 Volz Court, Alama, CA, and 155 Edgewater, Rio | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | jewelry brought for wife | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | IRA Fiserv ISS & Co.. Liquidated pre-conversion. Funds deposited in court registry. See Final Report, docket # 797. | 443,774.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Case Number: 06-42425 RLE  
Case Name: DEAN GORDON POTTER  
Period Ending: 01/24/20

Trustee: Sarah Little  
Filed (f) or Converted (c): 03/24/16 (c)  
§341(a) Meeting Date: 04/29/16  
Claims Bar Date: 07/15/16

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | UNICO Industrial Service Co. S Corporation<br>Entity still operating but doesn't hold any assets and only has a couple employees that do work at HAP. Included in offer to purchase by Randy and Michael Potter. Included in purchase/settlement agreement with Potter Group. Order approving compromise docket 886, report of sale docket 888 | 50,000.00 | 50,000.00 | | 49,999.00 | FA |
| 14 | Non-Qualified Deferred Compensation Plan Itemize.<br>1019 statement says funds were disposed of preconfirmation but nothing about where the funds went. Email to Hinds 7/25 requesting more detail. IT appears from operating reports that in Month of August 2014, the money was deposited with registry, no court order related. | 1,574,490.00 | 0.00 | | 0.00 | FA |
| 15 | Blackrock Factoring and unincorporated businesses. Itemize. being resolved in global settlement with IRS and Potter group. Order approving compromise, docket 887, report of sale docket 888 | 100,000.00 | 200,000.00 | | 224,000.00 | FA |
| 16 | Historical Arsenal Park<br>(see footnote) | 1,600,000.00 | 675,000.00 | OA | 0.00 | FA |
| 17 | Genoa, NV Properties<br>From UST Motion to Convert Docket 765 $81,267.99 was deposited into the Court Registry in February 2014. These are net proceeds from sale of 2468 Highlands Drive, Genoa NV. The transaction was not reflected in the MORs. Schedule B lists Genoa, NV Properties as a partnership or joint venture holding under Line Item 14. | 120,000.00 | 0.00 | | 0.00 | FA |
| 18 | Claim for refund from IRS for the taxable year 1998.<br>Seized by the IRS. See docket #797 | 354,500.00 | 0.00 | | 0.00 | FA |
| 19 | Claim of Unico due from Fair Skys pursuant to an assignment of funds on an attempt for an early distribution from a nonqualified rights to setoff claims.<br>AP 07-04073 $352,920.09 deposited into Court Registry in March 2008 - settlement proceeds | 365,000.00 | 0.00 | | 0.00 | FA |
| 20 | Motorcycle<br>Liquidated pre-conversion, Deposited $3,500 in court registry. See docket #797 | 5,500.00 | 0.00 | | 0.00 | FA |
| 21 | 28 Foot Uniflite Boat<br>Liquidated pre-conversion. Deposited $5,000 in court registry. See docket #797 | 12,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 06-42425 RLE | Trustee: | Sarah Little |
|---|---|---|---|
| Case Name: | DEAN GORDON POTTER | Filed (f) or Converted (c): | 03/24/16 (c) |
| | | §341(a) Meeting Date: | 04/29/16 |
| Period Ending: | 01/24/20 | Claims Bar Date: | 07/15/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Trek Motor Home<br>(see footnote) | 5,000.00 | 15,000.00 | | 10,000.00 | FA |
| 23 | Deposit with court registry (u)<br>(see footnote) | 80,153.89 | 80,153.89 | | 80,153.89 | FA |
| 24 | Potential malpractice claim against current attorney (Hinds) for not pursuing malpractice claim against prior attorney for not pursuing fraudulent conveyance (u)<br>(see footnote) | Unknown | 0.00 | | 0.00 | FA |
| 25 | Unico Services Inc. (u)<br>Entity probably defunct, but it was included in offer from Randy Potter.  Corp doesn't appear to have any value but Potter group purchase includes entity.  giving nominal value as part of bigger settlement. Order approving compromise, docket 886, report of sale docket 887 | Unknown | 5,000.00 | | 1.00 | FA |
| 26 | DIP Bank account 3022 (u) | 1,533.97 | 1,533.97 | | 1,533.97 | FA |
| 27 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2013 State Tax Refund (u)<br>2013 Tax Refund-State of CA | 0.00 | 18,197.68 | | 18,197.68 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$6,961,951.86** | **$1,219,885.54** | | **$1,209,885.54** | **$0.00** |

Regarding Property #23   Deposit with court registry for liquidated assets.  KNBK preparing motion for turnover. order docket 850, order sent to Fritzie Quach on 9/26  Principal portion.
Regarding Property #24   Attempted to pursue via objection to final fee app of Hinds, but court would not revisit previous approval of fees. Reviewed information provided by Hinds as to transfers and decided no real malpractice claim against Hinds.
Regarding Property #1    Property is included in purchase/settment agreement with Potter group. Order approving compromise docket 882, report of sale docket 888
Regarding Property #16    property contaminated by Army and others use of industrial solvents.  Tax basis in property such that any disposition results in sig. capital gain.

 Order authorizing abandonment, docket 887.
Regarding Property #22   Column 1 Petition value pulled from 1019 Statement filed as docket 797, page 8. Order approving sale docket 875, report of sale docket 876

**Major activities affecting case closing:**

9/20/2019 tax issue resolved with IRS, allocations are ok
12/20/2018 still working through tax issue, made error in admin payment
10/19/18 Fix tax payment issue before filing TDR
6/21/2018 fee app KNBKL filed, FTB amended claim submitting TFR
6/18/2018 reviewed Crom fee app, waiting for KNBKL fee app, waiting for FTB to file amended POC
5/22/18 Filed Report of Sale [Docket No. 888]
3/15/18 Order on compromise entered today (Docket # 882)

2/9/2018 Motion on compromise set for hearing (Docket # 877)  3/14/2018
1/31/2018 Jennings returned signed settlement - EAN preparing motion to approve
1/30/2018 Jennings (IRS) wantes to konw if potters can pay all funds w/45days of approval.  Potter group says yes, IRS should sign soon
1/6/18 EAN email Jennings, still pending with sup.
12/20/2017 All Potter group signed settlement, FTB Ok, IRS - Jennings submitted to Supervisor for approval, waiting to here back.
10/16/2017 Bailey at FTB returned revised draft last week, circulated to Alvin et all, waiting for signatures back from them or comments
8/3/2017 close to finalizing settlemnt with IRS/FTB & POtter group. Potter group signed settlement, FTB has issues and is getting redline out
7/21/17 Filed Report of Sale of motorhome Docket # 876
4/25/17 Motion for Sale of Motorhome filed-docket #870, Order docket # 875
4/20/17  Rec'd $10000 check for motorhome.  Nyberg working on Sale Motion
3/28/17-email to Potter's attorney's rejecting offer to purchase motorhome for $5000.  Requested turnover of keys and location.
3/15/17 Still working on settlement/sale of assets.  Working on capital gain issues brought up by J. Crom.
1/20/2017 IRS/Jennings okay with deal but wants money sooner and won't sign release.  Forwarded letter to Alvin Thomas and asked Jennings to revise release language in paragraph 8 of settlement agreement.
12/21/2016 Circulated settlement to Strickland (FTB) Jennings (IRS) Thomas (Potter Group) gave IRS  and FTB to 1/13 to respond to settlement agreement.  IF they decline agreement, will move forward with sale of assets without settlement of prepetition bankruptcy claims.  Received notice from IRS that estate tax returns filed by Potter as DIP are not correct and IRS made assessment.  Tax situation very messy due to all DIP prepared returns during life of BK case.  Jay Crom working through issues and we have not decided whether he should amend DIP returns or not.
12/16/2016  Jennings responded he wants date for final payment accelerated.
8/2/2016 Marguerite Strickland at FTB is considering whether FTB will sign off on deal where estate gets 1,200,000.
7/27/2016 TFR date set out far because malpractice issue may need litigation and proposal by minority shareholders requires 1 year to pay funds.
7/27/2016 727 extended for 60 days from today, Kuhner to prepare order, 2004 doc requests ordered and served on Randy Potter, Michael, Unico Industrial Building 98 LLC
7/25/2016  Negotiating sale of Martinez property to Muir trust, waiting for offer, negotiating sale of HAP, Unico Services, Co (defunct) Unico Mechanical Services to Randy Potter.  In progress, trying to tie in IRS in deal.  Researching possible malpractice claim against attorney for estate (Hinds) for failure to pursue malpractice claim against prior attorneys for failure to recover fraud conveyance (assets sold/transferred to sons)
7/14/16 Reviewed docket for amended schedules and Debtor's final report-Rule 1019 Statement.  Updated asset disposition in chapter 11 case and current value of remaining assets.
5/5/2016 Ch11 admin bar date set at 7/15/2016
4/25/2016 case converted from chapter 11.  Investigating what properties are still in estate and current values.

**Initial Projected Date of Final Report (TFR):**  July 31, 2018            **Current Projected Date of Final Report (TFR):**  July 23, 2018 (Actual)

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |
|---|---|
| **Case Number:** | 06-42425 RLE |
| **Case Name:** | DEAN GORDON POTTER |
| **Taxpayer ID#:** | **-***2416 |
| **Period Ending:** | 01/24/20 |

| | |
|---|---|
| **Trustee:** | Sarah Little |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5300 - Checking |
| **Blanket Bond:** | $64,276,124.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/16 | Asset #26 | D Gordon Potter | bank account 00496003022 turnover of DIP account funds | 1229-000 | 1,533.97 | | 1,533.97 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,523.97 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,513.97 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,503.97 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,493.97 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,483.97 |
| 10/20/16 | Asset #23 | United States Treasury | Registry of the United States Bankruptcy Court for the Northern District of California. Principal | 1229-000 | 77,335.09 | | 78,819.06 |
| 10/20/16 | Asset #23 | United States Treasury | Registry of the United States Bankruptcy Court for the Northern District of California | 1229-000 | 2,818.80 | | 81,637.86 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.71 | 81,605.15 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.86 | 81,480.29 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 116.87 | 81,363.42 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 124.80 | 81,238.62 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.06 | 81,129.56 |
| 03/08/17 | Asset #28 | State of California | 2013 tax year refund | 1224-000 | 18,197.68 | | 99,327.24 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case Number:** 06-42425 RLE | **Trustee:** | Sarah Little |
| **Case Name:** DEAN GORDON POTTER | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******5300 - Checking |
| **Taxpayer ID#:** **-***2416 | **Blanket Bond:** | $64,276,124.00 (per case limit) |
| **Period Ending:** 01/24/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 139.77 | 99,187.47 |
| 04/18/17 | 101 | United States Treasury | 2016 Form 7004 Tax ID 26-6057748 | 2810-000 | | 32,000.00 | 67,187.47 |
| 04/18/17 | 102 | Franchise Tax Board | 2017 Form 541-ES Tax ID 26-6057748 | 2820-000 | | 10,500.00 | 56,687.47 |
| 04/20/17 | Asset #22 | Randall G Potter | Deposit for sale of Trek Motor home. Pending motion to approve sale | 1129-000 | 10,000.00 | | 66,687.47 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 132.43 | 66,555.04 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 105.29 | 66,449.75 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 95.57 | 66,354.18 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 92.25 | 66,261.93 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.84 | 66,157.09 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.98 | 66,065.11 |
| 10/24/17 | | United States Treasury | refund for 12/2016 F 1041 | 2810-000 | | -13.14 | 66,078.25 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 101.36 | 65,976.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.89 | 65,882.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.60 | 65,790.40 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.09 | 65,686.31 |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 06-42425 RLE | | Trustee: | Sarah Little |
| --- | --- | --- | --- | --- |
| Case Name: | DEAN GORDON POTTER | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5300 - Checking |
| Taxpayer ID#: | **-***2416 | | Blanket Bond: | $64,276,124.00 (per case limit) |
| Period Ending: | 01/24/20 | | Separate Bond: | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.18 | 65,598.13 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.35 | 65,503.78 |
| 04/30/18 | | Potter Group | | | 50,000.00 | | 115,503.78 |
| 04/30/18 | Asset #25 | | Sale of interest in Unico Services Inc. 1.00 | 1229-000 | | | 115,503.78 |
| 04/30/18 | Asset #13 | | sale of interest in Unico Industrial Service Co. 49,999.00 | 1129-000 | | | 115,503.78 |
| 04/30/18 | | Potter Group | | | 1,050,000.00 | | 1,165,503.78 |
| 04/30/18 | Asset #15 | | sale of interest in Blackrock Factoring 224,000.00 | 1129-000 | | | 1,165,503.78 |
| 04/30/18 | Asset #1 | | Sale of Martinez raw land. property sold subject to 1st deed of trust 826,000.00 | 1110-000 | | | 1,165,503.78 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.07 | 1,165,412.71 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,738.43 | 1,163,674.28 |
| 08/23/18 | 103 | Bachecki, Crom and Co. LLP | Combined payments for claim number ACCT EXP, ACCT FEE | | | 39,218.11 | 1,124,456.17 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018 409.11 | 3420-000 | | | 1,124,456.17 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 06-42425 RLE | | Trustee: | Sarah Little |
|---|---|---|---|---|
| Case Name: | DEAN GORDON POTTER | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5300 - Checking |
| Taxpayer ID#: | **-***2416 | | Blanket Bond: | $64,276,124.00 (per case limit) |
| Period Ending: | 01/24/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018  38,809.00 | 3410-000 | | | 1,124,456.17 |
| 08/23/18 | 104 | United States Treasury | Distribution payment - Dividend paid at 28.55% of $44,766.00; Claim # ADMIN TAX; Filed: $44,766.00 | 2810-000 | | 12,779.14 | 1,111,677.03 |
| 08/23/18 | 105 | Franchise Tax Board | Distribution payment - Dividend paid at 71.28% of $36,556.00; Claim # ADMIN TAX; Filed: $36,556.00 | 2820-000 | | 26,056.00 | 1,085,621.03 |
| 08/23/18 | 106 | Kornfield, Nyberg, Bendes, Kuhner & LIttle PC | Combined payments for claim number ATTY - EXP, ATTY - FEE | | | 49,699.20 | 1,035,921.83 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018  276.70 | 3120-000 | | | 1,035,921.83 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018  49,422.50 | 3110-000 | | | 1,035,921.83 |
| 08/23/18 | 107 | Sarah Little | Combined trustee compensation & expense dividend payments. | | | 59,838.23 | 976,083.60 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018  291.66 | 2200-000 | | | 976,083.60 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018  59,546.57 | 2100-000 | | | 976,083.60 |
| 08/23/18 | 108 | Office of the United States Trustee | Distribution payment - Dividend paid at 100.00% of $16,250.00; Claim # 10; Filed: $16,250.00 | 2950-000 | | 16,250.00 | 959,833.60 |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 06-42425 RLE | | Trustee: | Sarah Little |
| --- | --- | --- | --- | --- |
| Case Name: | DEAN GORDON POTTER | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5300 - Checking |
| Taxpayer ID#: | **-***2416 | | Blanket Bond: | $64,276,124.00 (per case limit) |
| Period Ending: | 01/24/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/23/18 | 109 | Hinds & Shankman, LLP | Combined payments for claim number CH11 ADM ATTY EX, 11 | | | 39,149.19 | 920,684.41 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018       2,006.79 | 6220-000 | | | 920,684.41 |
| 08/23/18 | | | Claims Distribution - Wed, 06-20-2018       37,142.40 | 6210-000 | | | 920,684.41 |
| 08/23/18 | 110 | U.S. Department of Justice | Distribution payment - Dividend paid at 100.00% of $49,733.00; Claim # 8-2P; Filed: $49,733.00 | 5800-000 | | 49,733.00 | 870,951.41 |
| 08/23/18 | 111 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $22,805.59; Claim # 9-4P; Filed: $22,805.59 | 5800-000 | | 22,805.59 | 848,145.82 |
| 08/23/18 | 112 | Bank Of America, N.A.(USA) Attn: Mr.M-BK | Distribution payment - Dividend paid at 100.00% of $4,664.10; Claim # 1; Filed: $4,664.10 | 7100-000 | | 4,664.10 | 843,481.72 |
| 08/23/18 | 113 | LVNV Funding LLC its successors and assigns as assignee of O | Distribution payment - Dividend paid at 100.00% of $133.88; Claim # 6; Filed: $133.88 | 7100-000 | | 133.88 | 843,347.84 |
| 08/23/18 | 114 | Internal Revenue ServiceSpecial Procedures Section | Distribution payment - Dividend paid at 100.00% of $305,616.00; Claim # 8U; Filed: $305,616.00 | 7100-000 | | 305,616.00 | 537,731.84 |
| 08/23/18 | 115 | US Department of Justice | Distribution payment - Dividend paid at 55.33% of $837,750.00; Claim # 8-2 Unsec Penal; Filed: $837,750.00 | 7400-000 | | 463,523.65 | 74,208.19 |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 06-42425 RLE | Trustee: | Sarah Little |
|---|---|---|---|
| Case Name: | DEAN GORDON POTTER | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5300 - Checking |
| Taxpayer ID#: | **-***2416 | Blanket Bond: | $64,276,124.00 (per case limit) |
| Period Ending: | 01/24/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/18 | 116 | Franchise Tax Board | Distribution payment - Dividend paid at 55.33% of $134,120.25; Claim # 9-4 Unsec Penal; Filed: $134,120.25 | 7400-000 | | 74,208.19 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 1,209,885.54<br>0.00 | 1,209,885.54<br>0.00 | $0.00 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 1,209,885.54 | 1,209,885.54<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,209,885.54** | **$1,209,885.54** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5300** | 1,209,885.54 | 1,209,885.54 | 0.00 |
| | $1,209,885.54 | $1,209,885.54 | $0.00 |